IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES MCLAUGHLIN** | **:** | **CIVIL ACTION NO. 1:13-CV-2851** |
| | **:** | |
| **Plaintiff** | **:** | **(Judge Kane)** |
| | **:** | **(Magistrate Judge Carlson)** |
| **v.** | **:** | |
| | **:** | |
| **LT. HART, et al.** | **:** | |
| | **:** | |
| **Defendants** | **:** | |

## O R D E R

Before the Court in the captioned action is an October 15, 2014 Report and Recommendation of the Magistrate Judge.   No timely objections have been filed.

Accordingly, on this 4th day of November 2014, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Defendant's Motion to Dismiss (Doc. No. 20) is **DENIED without prejudice** to the defendant filing a fully documented summary judgment motion addressing the issues identified in the Report and Recommendation.

**IT IS FURTHER ORDERED THAT** the case is referred back to Magistrate Judge Carlson for all further proceedings and disposition of any pending motions.

s/ Yvette Kane
YVETTE KANE, Judge
United States District Court
Middle District of Pennsylvania